IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                              Plaintiff,

       v.

VERNON THORNTON,

                              Defendant.

ORDER

09-cr-92-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      No objections having been received to the report and recommendation entered herein by the United States Magistrate Judge on December 16, 2009, IT IS ORDERED that the magistrate judge's recommendation is ADOPTED. FURTHER, IT IS ORDERED that defendant Vernon Thornton's motions to dismiss the indictment (dkts. 20 and 21) are DENIED.

      Entered this 5th day of January, 2010.

                                                  BY THE COURT:
                                                  /s/
                                                  BARBARA B. CRABB
                                                  District Judge