IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA )
)
v. )
) Case No. 09-CR-092
VERNON THORNTON, )
)
Defendants. )

---

FINAL ORDER OF FORFEITURE

---

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1. On August 26, 2009, a federal grand jury sitting in Madison, Wisconsin, returned a superseding indictment against defendant Vernon Thornton. Count 1 charged that the defendant after having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce Speer 9mm Luger ammunition; CCI .22 caliber ammunition; Winchester .380 caliber ammunition; and Remington .22 caliber ammunition, said ammunition having previously traveled in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1). Count 2 of the indictment charged that on or about February 26, 2009, the defendant knowingly and intentionally attempted to possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 846. Count 3 of the indictment charged that on or about February 26, 2009, the defendant knowingly and intentionally possessed with intent to

distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). The indictment also contained a forfeiture allegation for the forfeiture of a 2005 Dodge Dakota Pickup Truck, VIN 1D7HE42N25S122512 by virtue of the commission of the offense charged in Count 2, pursuant to Title 21, United States Code, Section 853.

2. On February 24, 2010, a jury verdict was entered. The jury found the defendant guilty on Count 1, Count 2, and Count 3 of the superseding indictment.

3. On February 24, 2010, a special jury verdict was entered. The jury found the 2005 Dodge Dakota Pickup Truck, VIN 1D7HE42N25S122512, subject to forfeiture to the United States.

4. Notice of the forfeiture complaint was published on the official internet government forfeiture site www.forfeiture.gov from March 5, 2010, to April 4, 2010.

5. No third party has made any claim to or declared any interest in the above-described property and the time for filing a petition has expired.

IT IS THEREFORE ORDERED:

1. All right, title, and interest in the 2005 Dodge Dakota Pickup Truck, VIN 1D7HE42N25S122512, is conveyed to the Plaintiff, United States of America.

2. The United States Marshals Service is directed to dispose of the 2005 Dodge Dakota Pickup Truck, VIN 1D7HE42N25S122512 in accordance with federal law.

ORDERED this 10th day of May 2010.

_Barbara B. Crabb_
BARBARA B. CRABB
United States District Judge